

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-26-2002

# Hughes v. MCI Worldcom Inc

Precedential or Non-Precedential:

Docket 1-1918

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"Hughes v. MCI Worldcom Inc" (2002). *2002 Decisions.* Paper 205.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/205

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 01-1918
_____

BARBARA HUGHES,

Appellant

v.

MCI/WORLDCOM, INC.


_____

On Appeal from the United States District Court
for the District of New Jersey

District Court Judge: The Honorable Alfred M. Wolin
(Action No. 99-cv-04585)
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
March 1, 2002

Before: ROTH, FUENTES, and KATZ, Circuit Judges

(Opinion Filed: March 26, 2002)
_____

OPINION OF THE COURT
_____

FUENTES, Circuit Judge:

Appellant Barbara Hughes ("Hughes") appeals the District Court's grant of summary judgment to her employer, Appellee MCI WorldCom ("WorldCom"), on Hughes's disparate treatment and equal pay claims. Hughes, an African-American woman who is more than forty years old, alleged that her June 1999 demotion at WorldCom was motivated by discriminatory animus and that she was being paid less than certain white male WorldCom employees who held the same position that she did.

This case was properly removed to federal court, and we have jurisdiction over the instant appeal pursuant to 28 U.S.C.  1291. The applicable standard of review is plenary. See, e.g., Ersek v. Township of Springfield, 102 F.3d 79, 83 (3d Cir. 1996).

Upon reviewing the evidence adduced, the District Court determined that there was no triable issue of fact in dispute as to whether WorldCom's proffered rationales for Hughes's demotion and alleged comparatively lower pay were pretextual. It further determined that Hughes's claim of discrimination based upon national origin should be dismissed, as it was not pursued in the course of arguing the motion.

After a careful review of the record and the parties' arguments, we find no basis for disturbing the District Court's well-reasoned findings. We will therefore AFFIRM the judgment for substantially the same reasons set forth in the District Court's opinion.


TO THE CLERK OF THE COURT:

Kindly file the foregoing Opinion.


                                    /s/ Julio M. Fuentes
                                      Circuit Judge